E-filing

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name  CAMPOS   JOSE   A.
       (Last)     (First)    (Initial)

Prisoner Number  J55079

Institutional Address  San Quentin State Prison, San Quentin, California 94974

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(Enter the full name of plaintiff in this action.)

vs.

ARNOLD SCHWARZENNEGGER, JAMES TILTON; AND ROBERT L. AYER, JR. et al., Defendant Respondents.
(Enter the full name of the defendant(s) in this action))

Case No. C 07 4761 SBA (PR)
(To be provided by the clerk of court)

COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

*[All questions on this complaint form must be answered in order for your action to proceed.]*

I.   Exhaustion of Administrative Remedies

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.   Place of present confinement  San Quentin State Prison

B.   Is there a grievance procedure in this institution?

YES (X)    NO ( )

C.   Did you present the facts in your complaint for review through the grievance procedure?

YES (X)    NO ( )

D.   If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                                        - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal  On or about 8/24/2007, I filed a CDC-602 with the San Quentin appeals coordinator regarding this issue ~~2. First formal level~~ in my complaint. However, as of date, I have yet to receive a response to my filed complaint. This Court should ~~3. Second formal level~~ issue and Order to show cause to the defendant(s) in order to comply with grievance procedures.

formal level _____

_____

_____

E.  Is the last level to which you appealed the highest level of appeal available to you?

   YES ( )    NO ( )  Please see above

F.  If you did not present your claim for review through the grievance procedure, explain why. _____

_____

_____

II.  Parties

A.  Write your name and your present address. Do the same for additional plaintiffs, if any.

Jose Alberto Campos, CDC No.: J55079, San Quentin State Prison, San Quentin, California 94974

B.  Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                                - 2 -

1       place of employment.

2 Arnold Schwarzenegger Governor of the State of California
3 State Capital in Sacramento, California;
4 James Tilton Director of Corrections. P.O. Box
5 942883, Sacramento, CA 94283-0001; and Robert
6 L. Ayers, Jr. San Quentin, CA. 94964 (Warden).

7 Statement of Claim   III

8     State here as briefly as possible the facts of your case. Be sure to describe how each
9 defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.

12 Plaintiff, a inmate at (CDCR/SQ) California Department
13 of Corrections and Rehabilitation at San Quentin Prison.
14 Was diagnos with "hepatitis C", on or about 2002,
15 However, he was not inform of the disease till (5)
16 years later on August 20, 2007. The (CDCR/SQ) here-
17 in as defendants(s) failed to notify plaintiff, and that
18 such negligence proximately resulted in denial to
19 comply with provision of medical service for him,
20 which are based on medical necessity and suppor-
21 ted by outcome data as effective medical care. As a pro-
22 ximate result of said Neglect or malpractice of the defen-
23 dant (s), and each of them have cause plaintiff to injured
24 in body and mind.

25 IV.   Relief

26     Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

28 The mere fact tha plaintiff was indeed injured in

COMPLAINT               - 3 -

body and mind, and he suffered and is suffering great mental and physical pain and has suffered and will suffer permanent damages in the sum of $1,000,000.00. It is further alleged that plaintiff has incurred and continue to incur medical and related expenses. Demand for Jury Trial.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8th day of September, 2007

_____
(Plaintiff's signature)

COMPLAINT                                  - 4 -