Jose Alberto Campos
CDC No.: J55079
San Quentin State Prison
San Quentin, CA. 94974

NOTE: LEGAL MAIL

Clerk of the United States
District Court for the Northern
District of California
450 Golden Gate Avenue, Box-36060
San Francisco, CA. 94102