E-filing

FILED
07 SEP 17 AM 10:35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSE ALBERTO CAMPOS,
              Plaintiff,
ARNOLD SCHWARZENNEGGER;
JAMES TILTON; and
ROBERT L. AYERS JR.
et al., Defendants and Respondents.

CASE NO. C 07 4761 SBA (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Jose Alberto Campos, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  *I was Not employ prior to imprisonment.*
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9     a.   Business, Profession or              Yes ___  No _X_
10         self employment
11    b.   Income from stocks, bonds,           Yes ___  No _X_
12         or royalties?
13    c.   Rent payments?                       Yes ___  No _X_
14    d.   Pensions, annuities, or              Yes ___  No _X_
15         life insurance payments?
16    e.   Federal or State welfare payments,   Yes ___  No _X_
17         Social Security or other govern-
18         ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.   Are you married?                       Yes ___  No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

JS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____  - 2 -

1    b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?   Yes ____   No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ____   No _X_

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes _____ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No _X_ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No _X_

_____

8. What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ 9. Do |

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  *Presently I am paying to CDC for my*
4  *Court fees and Restitution in case.*
5  10. Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits? Yes ___ No **X**
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

16  9/8/2007                            [signature]
17  DATE                                SIGNATURE OF APPLICANT

19  *Court Clerk, please be advice that I have*
20  *filed "Certificate of funds in Prisoner's*
21  *account" with trust account officer here*
22  *at San Quentin State Prison. However,*
23  *up to date, the Authorized officer of the*
24  *institution have not yet responded to my*
25  *request. When I get a respond from them*
    *I will send it to you. Thank you*