IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. CAMPOS,<br><br>    Plaintiff,<br><br>  v.<br><br>ARNOLD SCHWARZNEGGER, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-04761 SBA (PR)<br><br>**JUDGMENT** |

    The Court has dismissed this action without prejudice because Plaintiff failed to complete the in forma pauperis application or pay the filing fee. A judgment of dismissal without prejudice is entered. The Clerk of the Court shall terminate all pending motions and close the file.

    IT IS SO ORDERED.

DATED: 1/16/08

                                            SAUNDRA BROWN ARMSTRONG
                                            United States District Judge

P:\PRO-SE\SBA\CR.07\Campos4067.jud.wpd

<div style="writing-mode: vertical">**United States District Court** For the Northern District of California</div>

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. CAMPOS,<br><br>      Plaintiff,<br><br>  v.<br><br>ARNOLD SCHWARZNEGGER et al,<br><br>      Defendant. | Case Number: CV07-04761 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose A. Campos
CDC #J55079
San Quentin State Prison
San Quentin, CA 94974

Dated: January 17, 2008

                                          Richard W. Wieking, Clerk
                                          By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Campos4067.jud.wpd    2