Jose A. Campos
CDC #J55079
San Quentin State Prison
San Quentin, CA 94974

CV07-04761 SBA



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. CAMPOS, | No. C 07-04761 SBA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| ARNOLD SCHWARZNEGGER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. Plaintiff filed a completed in forma pauperis application; however, he did not file copies of his certificate of funds and prisoner trust account statement. The Clerk of the Court notified Plaintiff that his in forma pauperis application was deficient due to the failure to include a signed certificate of funds and a prisoner trust account statement for the previous six months. The Clerk sent a notice to Plaintiff, informing him that his action could not go forward until he filed the necessary documents within thirty days, and that his failure to do so would result in dismissal of this action. More than thirty days have passed and Plaintiff has not submitted a signed certificate of funds and a prisoner trust account statement.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Plaintiff's in forma pauperis application is DENIED as incomplete. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

DATED: 1/16/08

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.07\Campos4067.DISIFP.wpd

```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                  NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| JOSE A. CAMPOS, | Case Number: CV07-04761 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ARNOLD SCHWARZNEGGER et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose A. Campos
CDC #J55079
San Quentin State Prison
San Quentin, CA 94974

Dated: January 17, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

JOSE A. CAMPOS,

    Plaintiff,

v.

ARNOLD SCHWARZNEGGER, et al.,

    Defendants.

No. C 07-04761 SBA (PR)

**JUDGMENT**

The Court has dismissed this action without prejudice because Plaintiff failed to complete the in forma pauperis application or pay the filing fee. A judgment of dismissal without prejudice is entered. The Clerk of the Court shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED: 1/16/08

                                                SAUNDRA BROWN ARMSTRONG
                                                United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. CAMPOS, | Case Number: CV07-04761 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ARNOLD SCHWARZNEGGER et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose A. Campos
CDC #J55079
San Quentin State Prison
San Quentin, CA 94974

Dated: January 17, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk