OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING　　　　　　　　　　　　　　　　　　　　450 GOLDEN GATE AVENUE
　　　　　CLERK　　　　　　　　　　　　　　　　　　　　　　　　SAN FRANCISCO, CA 94102
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(415) 522-2000
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FAX (415) 522-2176

# FIRST NOTICE OF PAYMENT DUE

Jose A. Campos　　　　　　　　　　　　　　　　　　　　　　　　Notice Date
San Quentin State Prison   CDC #J55079　　　　　　　　　　　2/27/2008
San Quentin, CA 94974

Title 28 USC § 1915(a) provides that the court may authorize the commencement, prosecution or defense of any criminal or civil suit, action or proceeding, or appeal therein, without prepayment of the filing fees by a person who files an affidavit that he is unable to pay such costs.  Your application for In Forma Pauperis was denied and the filing fee is now due.

*This fee is due for the following case:*

**Case Title:  Campos v. Schwarzenegger et al**

| Case Number | Case Filing Date | Fee Due Date | Amount Owed |
|---|---|---|---|
| 4:07-cv-04761-SBA | 9/17/2007 | 1/17/2008 | $350.00 |

　　Please immediately send a check for $350.00 to the following address:

　　　　**United States District Court
　　　　450 Golden Gate Avenue, 16th Floor
　　　　San Francisco, CA 94102**

　　**Make your check payable to "Clerk, U.S. District Court."**
　　Include the case number on the check to insure proper credit.

If you have any questions about the amount due, please call the Finance Department at (415) 522-2602.

**Payment in full is due upon receipt.    Total amount due:  $350.00**